UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHEN SU,

       Plaintiff,

                                           Civil No. 07-1680-HA

    v.

                                           JUDGMENT

MICHAEL CHERTOFF, et.al.,

       Defendant.

       Based on the record,

       IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice.

       Dated this   13   day of August, 2008.

                                                            /s/ ANCER L. HAGGERTY
                                                             ANCER L. HAGGERTY
                                                       UNITED STATES DISTRICT COURT